**Order filed November 14, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00912-CV
_____

**DERRICK FRASER, Appellant**

**V.**

**DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-B, ASSET BACKED PASS-THROUGH CERTIFICATES, Appellees**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1037386**

## ORDER

On October 29, 2013, appellant filed a timely motion in this court challenging the trial court's October 22, 2013 ruling sustaining a contest to his affidavit of indigence. *See* Tex. R. App. P. 20.1(j)(1), (2). When a motion to review the trial court's ruling on indigence is filed, the trial court clerk and the court reporter must prepare, certify, and file the record of the hearing on the

contest to the claim of indigence within three days after the motion is filed. *See* Tex. R. App. P. 20.1(j)(3). No record has been filed.[1]

Rule 20.1provides that if the appellate court does not deny a motion within 10 days after the motion is filed, this motion is granted by operation of law. Tex. R. App. P. 20.1(j)(4). This new rule places a heavy burden on the trial court clerk and the court reporter to act expeditiously in preparing, certifying, and filing the hearing record. If the court reporter does not file the hearing record within 10 days after the filing of the motion, as in this case, this court has no ability to review the merits of the motion, and the motion is granted by operation of law regardless of whether the motion has merit. Tex. R. App. P. 20.1(j)(4).

More than 10 days have passed since the motion was filed, and appellant's motion was granted by operation of law. Accordingly, appellant may proceed on appeal without the advance payment of costs.

Therefore, we **ORDER** the official court reporter, Laura Cutherell, to prepare, certify, and file the appellate record without the advance payment of costs. *See* Tex. R. App. P. 20.1(k).  The record will be due in this court **60 days from the date of this order.**

PER CURIAM

---

[1] On October 24, 2013, the clerk's record was filed in this court.